## COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name  Roach  William
    (Last)      (First)      (Initial)

Prisoner Number  T-83929

Institutional Address  Correctional Training Facility
P.O. Box 705 Soledad, CA 93960

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

WILLIAM ROACH
(Enter the full name of plaintiff in this action.)

vs.

BEN CURRY

VELMA RASO

L. J. TALKINGTON

DOE'S 1 THROUGH 50 etal
(Enter the full name of the defendant(s) in this action)

Case No.  CV 08 2794
(To be provided by the clerk of court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C §§ 1983

E-filing

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

   A.   Place of present confinement  Correctional Training Facility

   B.   Is there a grievance procedure in this institution?

        YES (X)   NO ( )

   C.   Did you present the facts in your complaint for review through the grievance procedure?

        YES(x)   NO ( )

   D.   If your answer is YES, list the appeal number and the date and result of the appeal at

COMPLAINT            - 1 -

each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal  BYPASSED

2. First formal level BYPASSED

3. Second formal level Given log # CTF-S-07-04627, Partial grant as to re-training of mailroom staff, denied as to actual and punitive damages.

4. Third formal level Denied actual and punitive damages, stating damages cannot be awarded through inmate appeal.

E.   Is the last level to which you appealed the highest level of appeal available to you?
   YES (X)    NO ( )

F.   If you did not present your claim for review through the grievance procedure, explain why._____

II.  Parties

A.  Write your name and your present address. Do the same for additional plaintiffs, if any. William Roach T-83929, Correctional Training Facility, P.O. Box 705, Soledad, CA 93960

B.  Write the full name of each defendant, his or her official position, and his or her place of employment. Ben Curry, Warden at CTF: Velma Raso, Associate Warden at CTF: J. Talkington lieutenant at CTF: Doe's 1 through 50

COMPLAINT                      - 2 -

III. Statement of Claim

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

I. pLAINTIFF BRINGS THIS COMPLAINT UNDER 42 U.S.C. §§ 1983, 1985 (2)(3), PRISON OFFICIALS DELAYED MAILING AND AFFIXED INSIGNIFICANT AMOUNT OF POSTAGE FOR MAILING OF PLAINTIFF'S LEGAL MAIL CAUSING PLAINTIFF'S STATE WRIT OF HABEAS CORPUS TO BE DENIED AND CAUSING UNDUE DELAY TO PLAINTIFF'S FEDERAL WRIT OF HABEAS CORPUS AND THEN CON-SPIRING TO COVER UP THEIR MALFEASANCE.

In Violation of Plaintiff's United States Constitution 1st, 5th, and 14th Amendment Rights.

1. On June 7, 2007 the California Court of Appeal,

(CONTINUED ON NEXT PAGE)

IV. Relief

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

Actual and punitive damages to be determined by a jury.

COMPLAINT                               - 3 -

1

2   Third District, issued a informal response to Plaintiff's
3   habeas petition on a <u>Cunningham</u> issue, Case No. C055808.
4       2.   While plaintiff was traversing and preparing to
5   file a response to the Attorney General's Reply Brief that was
6   due by August 30, 2007. Plaintiff turned over to prison
7   officials a Motion for Extension of Time in a envelope
8   addressed to the court with a inmate trust account withdraw
9   form on August 26, 2007 for logging, mailing, and affixing
10  postage since plaintiff was indigent.
11      3.   On September 17, 2007 plaintiff received from
12  prison officials the original envelope and extension motion
13  back with a sticker from the Post Office asking for 39¢ more
14  postage that the prison mailroom was entrusted with mailing
15  and affixing postage on August 26, 2007.
16      4.   Prison officials waited 5 days until August 31,
17  2007 before affixing an incorrect postage amount and mailing
18  plaintiff's motion that was now overdue causing the habeas
19  petition to be denied.
20      5.   Once plaintiff received back the original motion
21  from prison officials, plaintiff immediately filed for
22  rehearing in the third district on September 21, 2007
23  explaining the cause of delay. The court denied that motion
24  for rehearing on October 5, 2007 stating, the case was final
25  when the court issued their denial order on September 6, 2007.
26      //
27      //
28      //

6. Plaintiff then immediately filed a Petition for Review with a motion once again explaining the cause of delay to the California Supreme Court on October 13, 2007. The court denied the Petition for Review citing Cal. Rules of Court, Rule 8.500 (e), loss of jurisdiction and stated plaintiff's only other course of action was to file a new Petition for Writ of Habeas Corpus in their court.

7. Plaintiff filed a new habeas petition in the California Supreme Court on November 28, 2007 Case No. S158732.

8. Due to the prison officials malfeasance with Plaintiff's legal mail, plaintiff has lost the habeas petition in the third district; the 45 day time limit plaintiff would have received on his Petition for Review; Plaintiff's Petition for Habeas Corpus still to this day is before the California Supreme Court awaiting a ruling; Plaintiff had to motion for a stay in his Federal Habeas Petition Case No. 2:07-CV-0997-GEB-EFB-P; The effect of this delay is causing the <u>Cunningham</u> issue to become moot to the one year plaintiff may receive off his prison sentence and having the same effect on Plaintiff's federal claims as plaintiff is due to be released from prison September 2009.

9. Plaintiff filed an inmate appeal on November 28, 2007 on the mail delay and postage issue, Log No. CTF-S-07-04627. In Lt. L. J. Talkington's interview and responce, he stated, the problem was due to faulty software in the postal meter cause by the recent rate increase.

//

10.    In the second level response to Plaintiff's inmate appeal dated January 14, 2008, Ben Curry the warden and Velma Raso associate warden at CTF both stated "due to the confusion about the newest postal rate change and faulty software in the postage metering machine the affixed postage was insufficient"

11.    The original postage stamp being dated August 31, 2007 plaintiff wrote the Post Office with a Freedom of Information Request, asking when was the last postal increase and if that also applied to Postal Meters. Their response to that request dated on February 5, 2008 Reference No. SF200813174, stated the last increase was on May 2007 some four months before prison officials claimed postal rate increase problem.

12.    This has caused irreparable harm to plaintiff and appears to be an ongoing pattern of malfeasance and cover up by the California Department of Corrections and Rehabilitation Staff at Correctional Training Facility, in Soledad, California.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5-13-08

*[signature]*

William Roach

-6-

```
WILLIAM ROACH T-83929
CORR. TRAINING FACILITY
P.O. BOX 705
SOLEDAD, CA 93960
```

```
UNITED STATES DISTRICT COURT
DISTRICT COURT OF NORTHERN CALIFORNIA
450 GOLDEN GATE AVE
BOX 36060
SAN FRANCISCO, CA 94102
```

RECEIVED
JUN 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA