FILED
08 JUN -4 PM 4:42
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIAM ROACH

    Plaintiff,

vs.

BEN CURRY
VELMA RASO
L. J. TALKINGTON
DOE'S 1 THROUGH 50

    Defendant.

CASE NO. CV 08 2794 PJH (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

E-filing

    I, <u>WILLIAM ROACH</u>, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

    In support of this application, I provide the following information:

1.     Are you presently employed?     Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

    If the answer is "no," state the date of last employment and the amount of the gross and net salary

1 | and wages per month which you received. (If you are imprisoned, specify the last place of
2 | employment prior to imprisonment.)
3 | _____
4 | _____
5 | _____
6 | 2.   Have you received, within the past twelve (12) months, any money from any of the following
7 | sources:
8 |     a.   Business, Profession or                Yes ___ No ✓
9 |          self employment
10 |    b.   Income from stocks, bonds,             Yes ___ No ✓
11 |         or royalties?
12 |    c.   Rent payments?                        Yes ___ No ✓
13 |    d.   Pensions, annuities, or               Yes ___ No ✓
14 |         life insurance payments?
15 |    e.   Federal or State welfare payments,    Yes ___ No ✓
16 |         Social Security or other govern-
17 |         ment source?
18 | If the answer is "yes" to any of the above, describe each source of money and state the amount
19 | received from each.
20 | _____
21 | _____
22 | 3.   Are you married?                         Yes ___ No ✓
23 | Spouse's Full Name: _____
24 | Spouse's Place of Employment: _____
25 | Spouse's Monthly Salary, Wages or Income:
26 | Gross $_____  Net $_____
27 | 4.   a.   List amount you contribute to your spouse's support:$ _____
28 |      b.   List the persons other than your spouse who are dependent upon you for support

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 2 -

and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5. Do you own or are you buying a home?  Yes ___ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?  Yes ___ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ___ No ✓ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓

_____

8. What are your monthly expenses?  ∅

Rent: $ _____ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ____   No ✓
Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

5/13/08                          B. [signature]
DATE                             SIGNATURE OF APPLICANT

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of

__Roach, William__ for the last six months at
[prisoner name]

__CTF Soledad__ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __1.50__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __3.20__.

Dated: __5/30/08__              __Yolanda Chang__
                                Authorized officer of the institution

Correctional Training Facility
P. O. Box 686
(5 Miles N of Soledad on US 101)
Soledad, California 93960
ATTN: Trust office

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 5/30/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY __Yolanda Chang__
TRUST OFFICE
Accountant I Specialist

4

Case 3:08-cv-02794-PJH    Document 2    Filed 06/04/2008    Page 6 of 9

```
REPORT ID: TS3030 .701                                              REPORT DATE: 05/30/08
                                                                    PAGE NO:     1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                              CTF SOLEDAD/TRUST ACCOUNTING
                            INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: DEC. 31, 2007 THRU MAY 30, 2008

ACCOUNT NUMBER : T83929                      BED/CELL NUMBER: NOWAT200000232L
ACCOUNT NAME   : ROACH, WILLIAM              ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY

 DATE   TRAN
 CODE   CODE  DESCRIPTION   COMMENT    CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE

12/31/2007   BEGINNING BALANCE                                               3.38

 ACTIVITY FOR 2008
01/03 *DD30  CASH DEPOSIT    2055 68872             9.00                    12.38
01/12  W512  LEGAL POSTAGE   2180 LPOST                        1.14         11.24
02/09  W502  POSTAGE CHARG   2539 POST                         9.14          2.10
02/11  FC03  DRAW-FAC 3      2566 J-II                         2.10          0.00
02/28 *VOR1  REST OVRPMT     2802UPDATE             23.75                   23.75
02/28  VCF1  ADMIN FEE-RES   2802UPDATE              2.37                   26.12
02/28 *VOR2  REV. REST OVE   2802UPDATE             23.75-                   2.37
02/28  VOF2  REV. ADMIN FE   2802UPDATE              2.37-                   0.00
03/10  FR01  CANTEEN RETUR   702929                             2.10-         2.10

                           CURRENT HOLDS IN EFFECT

 DATE    HOLD
 PLACED  CODE   DESCRIPTION          COMMENT          HOLD AMOUNT

03/28/2008  H110  COPIES HOLD        2924 COPY            10.00
05/09/2008  H106  EYEGLASSES HOLD    3716 OPTIC           10.50
05/09/2008  H102  EYEGLASSES HOLD    3716 OPTIC            9.00

                     * RESTITUTION ACCOUNT ACTIVITY *

DATE SENTENCED:  / /                  CASE NUMBER: *02501114
COUNTY CODE:                          FINE AMOUNT: $         0.00

 DATE   TRANS.  DESCRIPTION                 TRANS. AMT.          BALANCE

12/31/2007  BEGINNING BALANCE                                     13.75-
01/03/08    DR30  REST DED-CASH DEPOSIT     10.00                 23.75-
```

Correctional Training Facility
P. O. Box 686
(6 Miles N of Soledad on US 101)
Soledad, California 93960
ATTN: Trust Office

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 5/30/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Yolanda Cheng_
     TRUST OFFICE
     Accountant I Specialist



```
REPORT ID: TS3030 .701                                          REPORT DATE: 05/30/08
                                                                PAGE NO:           2
                         CTF SOLEDAD/TRUST ACCOUNTING
                         INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: DEC. 31, 2007 THRU MAY 30, 2008

ACCT: T83929        ACCT NAME: ROACH, WILLIAM            ACCT TYPE: I

DATE SENTENCED:  / /                              CASE NUMBER: *02F01114
COUNTY CODE:                                      FINE AMOUNT: $      0.00
                     * RESTITUTION ACCOUNT ACTIVITY

DATE    TRANS.  DESCRIPTION                       TRANS. AMT.        BALANCE
------  ------  --------------------------------  -----------        -------
02/28/08  VOR1  REST OVERPMT ONLY                      23.75           0.00

                     * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 02/21/03                          CASE NUMBER: 02F01114
COUNTY CODE: SAC                                  FINE AMOUNT: $  1,400.00

DATE    TRANS.  DESCRIPTION                       TRANS. AMT.        BALANCE
------  ------  --------------------------------  -----------        -------
12/31/2007      BEGINNING BALANCE                                   1,003.10
02/28/08  VOR2  REV. REST OVERPMT ONLY                 23.75-         979.35

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

                         TRUST ACCOUNT SUMMARY

BEGINNING     TOTAL       TOTAL       CURRENT     HOLDS       TRANSACTIONS
BALANCE       DEPOSITS    WITHDRAWALS BALANCE     BALANCE     TO BE POSTED
---------     --------    ----------- --------    --------    ------------
   3.38         9.00         10.28       2.10       29.50          0.00

                                                         CURRENT
                                                         AVAILABLE
                                                         BALANCE
                                                         ---------
                                                            27.40
```

```
REPORT ID: TS3030   .701            CALIFORNIA DEPARTMENT OF CORRECTIONS                REPORT DATE: 05/30/08
                                       CTF SOLEDAD/TRUST ACCOUNTING
                                       INMATE TRUST ACCOUNTING SYSTEM
                                       INMATE TRUST ACCOUNT STATEMENT

                        FOR THE PERIOD: DEC. 31, 2007 THRU MAY 30, 2008

                              TOTAL NUMBER OF STATEMENTS PRINTED:              1
                        TOTAL CURRENT BALANCE FOR ALL THE STATEMENTS:        2.10
```

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, __WILLIAM ROACH_____, declare:

I am over 18 years of age and a party to this action. I am a resident of __CORRECTIONAL TRAINING FACILITY_____ Prison,

in the county of __MONTEREY_____,

State of California. My prison address is: __P.O. BOX 705_____,

__SOLEDAD, CALIFORNIA 93960-0705_____.

On __5-13-08_____,
(DATE)

I served the attached: __42 U.S.C. 1983 COMPLAINT AND APPLICATION TO PROCEED IN FORMA PAUPERIS__
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE. BOX 36060
SAN FRANCISCO, CA 94102

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __5-13-08__       ___[signature]___
(DATE)                        (DECLARANT'S SIGNATURE)