ORIGINAL

William Roach T-83929
Corr. Training Facility
P.O. Box 705
Soledad, CA 93960

In Pro Per

FILED
08 JUL -8 PM 1:43
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM ROACH,

Plaintiff,

v.

BEN CURRY,
VELMA RASO,
L. T. TALKINGTON,
DOE'S 1 THROUGH 50 ET AL,
Defendants,
Individually.
_______________________/

Case No. CV-08-2794 PJH

**MOTION FOR APPOINTMENT OF COUNSEL**

Pursuant to U.S.C. § 1915(e)(1) plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion, plaintiff states:

1. Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.

2. Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Plaintiff has limit knowledge of the law.

3. A trial in this case will likely involve conflicting testimony, and counsel would be better enable plaintiff to present evidence and cross examine witnesses.

4. Due to recent riots and a attempted prison break here at Correctional Training Facility, the prison has been on

lockdown on the North Yard since November 1, 2007 and has had limited law library access, (See attached law library schedule Exh. A) notice Whitney Hall has only two days access a week, that is were plainiff is housed and even those days are not guaranteed further limiting access.

Plaintiff has made repeated efforts to obtain a lawyer, (See attached letters to counsel and the bar association Exh. B).

WHEREFORE, plaintiff request that the court appoint counsel.

I, declare, under the penalty of perjury that the foregoing is true and correct.

Dated: 7/3/08

William Roach T-83929

# EXHIBIT A

# *MODIFIED PROGRAM*
# CTF NORTH LIBRARY SCHEDULE
## June 2008

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15<br>9:00 Southerners PLUs & General Population B Yard,Whites, Northerners & Blacks, Shasta, Whitney,Toro | 16<br>8:30 – 3:00 Whites, Northerners & Blacks Shasta, Whitney, Toro PLUs Only B Yard | 17<br>8:30 – 3:00 Whites, Northerners & Blacks PLUs Only Rainier B A Yard | 18<br>8:30 – 3:00 Whites, Northerners & Blacks Lassen, Fremont, Rainier B PLUs Only A Yard | 19<br>8:30 – 3:00 Whites, Northerners & Blacks PLUs Only Rainier A A Yard | 20<br>8:30 – 3:00 Whites, Northerners & Blacks PLUs Only Rainier A, Fremont, Lassen A Yard | 21<br>9:00 Southerners PLUs & General Population A Yard |
| 22<br>9:00 Southerners PLUs & General Population B Yard,Whites, Northerners & Blacks, Shasta, Whitney,Toro | 23<br>8:30 – 3:00 Whites, Northerners & Blacks Shasta, Whitney, Toro PLUs Only B Yard | 24<br>8:30 – 3:00 Whites, Northerners & Blacks PLUs Only Rainier B A Yard | 25<br>8:30 – 3:00 Whites, Northerners & Blacks Lassen, Fremont, Rainier B PLUs Only A Yard | 26<br>8:30 – 3:00 Whites, Northerners & Blacks PLUs Only Rainier A A Yard | 27<br>8:30 – 3:00 Whites, Northerners & Blacks PLUs Only Rainier A, Fremont & Lassen A Yard | 28<br>9:00 Southerners PLUs & General Population A Yard |
| 29<br>9:00 Southerners PLUs & General Population B Yard,Whites, Northerners & Blacks, Shasta, Whitney,Toro | 30<br>8:30 – 3:00 Whites, Northerners & Blacks Shasta, Whitney, Toro PLUs Only B Yard | | | | | |

/m- Roach, W.

T83929

WA-232-L

# EXHIBIT B

William Roach T-83929
Corr. Training Facility
P.O. Box 705
Soledad, CA 93960

March 3, 2008

Re: 42 U.S.C. § 1983 Suit

Dear Counsel:

I am a prisoner at Correctional Training Facility in Soledad, CA. I'm attempting to find an attorney to prosecute two prisoner civil rights suits.

The first one is for the mailroom affixing the wrong amount of postage to my motion for time extension while traversing with the Attorney General, and then attempting to cover it up in there answer to my inmate appeal by, stating it was due to the fact that the postal meter they use was off because of the change in postal rates, there postal meter stamp was dated 8/31/07. I became suspicious because most postal increases are on the 1st of the month, so I wrote the Post Office with a FOIA asking what the date of there last increase was and if that included meters. There response was on May 2007, which also included meters. CDCR's postal stamp was dated August 31, thats three months after the rate increase. I am enclosing my inmate appeal and the Post Office letter.

The second is for a medical issue, I am enclosing that inmate appeal also, it's pretty much as explained in the appeal.

Please respond at your earliest convenience and thank you for your consideration.

Sincerely,

William Roach T-83929
Corr. Training Facilty
P.O. Box 705
Soledad, CA 93960

February 24, 2008

California Bar Association
180 Howard St.
San Francisco, CA 94105

Re: Attorney referrals

Dear Bar:

I want to file a civil rights 42 U.S.C. § 1985 Suit. I am a prisoner and these violations are against the state. Will you please send me referrals for civil rights attorneys.

Thank you for your assistance.

Sincerely,

# LAWYERS CONTACTED FOR 1983 COMPLAINT

Charles Carbone, Esq.
PMB 212
3128 16th Street
San Francisco, CA 94103

Steve M. Defilippis, Esq.
625 N. First Street
San Jose, CA 95112

Kent Russell, Esq.
2299 Sutter Street
San Francisco, CA 94115

WILLIAM ROACH T-83929
CORR. TRAINING FACILITY
P.O. BOX 705
SOLEDAD, CA 93960

CONFIDENTIAL
LEGAL MAIL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA 94102-3483

CONFIDENTIAL
LEGAL MAIL

c/o T. Cleun 7/3/08