William Roach T-83929
Corr. Training Facility
P.O. Box 705
Soledad, CA 93960

July 10, 2008

**RECEIVED**

JUL 15 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of The Court
United States District Court
Northern District of California
450 Goldengate Ave.
San Francisco, CA 94102

**FILED**

JUL 15 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re:  CV-08-2794-PJH

Dear Court Clerk:

I would like to Know, if the court has served the defendents
in this case? and if so what date are they considered served?
I need this information to know what time limits apply and when
they are triggered.

Thank you for your attention im this matter.

Sincerely,

William Roach

Bill Roach T-83929
CTF WA-232
P.O. Box 705
Soledad, CA 93960

Legal Mail

Clerk of The Court
US. District Court, Northern
450 Goldengate Ave.
San Francisco, Ca 94102



UNITED STATES POSTAGE
PITNEY BOWES
02 1M        $ 00.42⁰
0004229613   JUL 14 2008
MAILED FROM ZIP CODE 93960



STATE PRISON
CORRECTIONAL
TRAINING FACILITY
SOLEDAD CA 93960

c/o T. Cllm 7/4/08