UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM ROACH,

    Plaintiff,

vs.

BEN CURRY, VELMA RASO, L. J. TALKINGTON, and DOES 1-10,

    Defendants.
                                          /

No. C 08-2794 PJH (PR)

**JUDGMENT**

    Pursuant to the order of dismissal signed today, a judgment of dismissal without prejudice is entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED.**

Dated:  July 28, 2008.

                                                   PHYLLIS J. HAMILTON
                                                   United States District Judge

G:\PRO-SE\PJH\CR.08\ROACH2794.JUD.wpd

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM ROACH,

        Plaintiff,

  v.

BEN CURRY et al,

        Defendant.

Case Number: CV08-02794 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William Roach T-83929
Correctional Training Facility
P.O. Box 705
Soledad, CA 93960

Dated: July 29, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk